IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JUNIOR GLAY,

      Petitioner,

v.                                  CIVIL ACTION NO. 2:19cv305

HAROLD W. CLARKE, Director,
Virginia Department of Corrections,

      Respondent.

## FINAL ORDER

Before the Court is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, ECF No. 1, and the Respondent's motion to dismiss, ECF No. 12.

The Petitioner alleges violation of federal rights pertaining to his probation violation hearing on August 22, 2014 for a conviction in Arlington County Circuit Court on January 14, 2002. Petitioner entered Alford pleas related to his charges of entering a banking house while armed, robbery, and felony failure to appear. He was sentenced to 26 years imprisonment with nineteen years suspended. Petitioner states his counsel was ineffective for not informing him that as a result of his Alford Plea, he was subject to deportation.

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and

the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges. In a Report and Recommendation entered on April 24, 2020 (ECF No. 16), the Magistrate Judge recommended the motion to dismiss be granted, and the petition be denied and dismissed with prejudice. The parties were advised of their right to file written objections to the Report and Recommendation. Neither the Petitioner nor the Respondent filed objections with the Court.

Having reviewed the record and having heard no objection, the Court agrees with the Report and Recommendation on the grounds stated by the Magistrate Judge and **ADOPTS** and **APPROVES** the Report and Recommendation (ECF No. 16) in its entirety as the Court's own opinion. Accordingly, the Respondent's motion to dismiss (ECF No. 12) is **GRANTED**, and the Petition (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**. It is **ORDERED** that judgment be entered in favor of the Respondent.

The Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of the Court at the Walter E. Hoffman United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date judgment is entered. Because the Petitioner has failed to demonstrate a substantial showing of the denial of a

constitutional right pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b)(1), the Court declines to issue a certificate of appealability. *See Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).

The Clerk is **DIRECTED** to forward a copy of this Order to the Petitioner and counsel of record for the Respondent.

It is so **ORDERED**.

/s/ RBS
Rebecca Beach Smith
Senior United States District Judge

Rebecca Beach Smith
United States District Judge

Norfolk, Virginia
Date: May 18, 2020